UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HALEY BUCKLEY,<br><br>     Plaintiff,<br><br> v.<br><br>ASOTIN COUNTY; ROBERT VAN IDOUR, an individual; NEIL COX an individual; and LAW OFFICES OF NEIL P. COX, P.S., a Washington corporation,<br><br>     Defendants. | NO: 2:20-CV-0115-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT are the parties' Stipulated Motions to Dismiss Asotin County, Neil P. Cox, and Law Offices of Neil P. Cox, P.S., without Prejudice (ECF Nos. 18, 19). Also before the court is Asotin County's Motion to Dismiss (ECF No. 17). The stipulated motions are filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provide for the dismissal of those parties without prejudice. The Court has reviewed the record and files herein, and is fully informed.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulations, Asotin County, Neil P. Cox, and Law Offices of Neil P. Cox, P.S., are **DISMISSED** without prejudice. The Clerk of Court shall terminate these Defendants from the docket.

2. Defendant Asotin County's Motion to Dismiss, ECF No. 17, is **DENIED as moot.**

The District Court Executive is directed to enter this Order and furnish copies to counsel.

**DATED** September 14, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2