UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HALEY BUCKLEY,<br><br>               Plaintiff,<br><br>  v.<br><br>ROBERT VAN IDOUR,<br>an individual,<br><br>               Defendant. | NO: 2:20-CV-0115-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the Plaintiff's Response to Order to Show Cause (ECF No. 26). The Court has reviewed the record and files herein, and is fully informed.

The Court ordered Plaintiff to show cause why Defendant Robert Van Idour should not be dismissed for lack of jurisdiction. ECF No. 25. Plaintiff responded that she "has no objection to the Court dismissing this matter without prejudice and [with] leave to refile in state court given that the only claims currently remaining against Mr. Van Idour are state law claims." ECF No. 26.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Plaintiff's First Amended Complaint, ECF No. 12, does not demonstrate the jurisdiction of this Court to proceed against Defendant Robert Van Idour on the state law claims.

2. Defendant Robert Van Idour is **DISMISSED** without prejudice.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **close** the file.

**DATED** September 30, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2